692 A.2d 543

PATRICIA WILLS v. MYLES C. MORRSION, III, ETC., ET AL.

July 16, 1997.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration in the light of *Olds v. Donnelly,* 150 *N.J.* 424, 696 *A.*2d 633 (1997), and also for consideration of whether the complaint should be dismissed on proximate cause grounds.

692 A.2d 543

RICHARD BAILEY, ET AL. v. POCARO & POCARO, ET AL.

July 16, 1997.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the Appellate Division for reconsideration in the light of *Olds v. Donnelly,* 150 *N.J.* 424, 696 *A.*2d 633 (1997).